1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff, MOISES VILLALOBOS

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

11 MOISES VILLALOBOS,

   Plaintiff,                    **Case No.: 2:23-cv-05931-RGK (MARx)**

   vs.                           **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) WITHOUT PREJUDICE**

   PALM-GATEWAY SC, LLC; and
   DOES 1 to 10,

   Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendant PALM-GATEWAY SC, LLC ("Defendant") stipulate and jointly request that this Court dismiss the above-captioned action, *without prejudice*, in its entirety. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED: January 22, 2024            SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated: January 22, 2024            GOLDEN LAW

By:  */s/ Rachel Taylor Golden*
Rachel Taylor Golden, Esq.
Attorneys for Defendant
PALM-GATEWAY SC, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 22, 2024            By: */s/ Jason J. Kim*
Jason J. Kim